RECEIVED
JUN 14 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 4:16CR064 |
| v. | |
| LAWARDRICK MARSHER, DEONTE PATE, AND ROBERT STURDIVANT | 18 U.S.C. § 242; 18 U.S.C. § 371; 18 U.S.C. § 1001; 18 U.S.C. § 1519; 18 U.S.C. § 2 |

## NOTICE OF PENALTIES

Counts One and Two (18 U.S.C. § 242)

NMT 10 years imprisonment—    18 U.S.C. § 242;
NMT $250,000 fine, or both—    18 U.S.C. § 3571;
NMT 3 years supervised release—    18 U.S.C. § 3583(b)(2); and
Mandatory $100 special assessment—    18 U.S.C. § 3013(a).

Count Three (18 U.S.C. § 371)

NMT 5 years imprisonment—    18 U.S.C. § 371;
NMT $250,000 fine, or both—    18 U.S.C. § 3571;
NMT 3 years supervised release—    18 U.S.C. § 3583(b)(2); and
Mandatory $100 special assessment—    18 U.S.C. § 3013(a).

Counts Four, Five, and Six (18 U.S.C. § 1519)

NMT 20 years imprisonment—    18 U.S.C. § 1519;
NMT $250,000 fine, or both—    18 U.S.C. § 3571;
NMT 3 years supervised release—    18 U.S.C. § 3583(b)(2); and
Mandatory $100 special assessment—    18 U.S.C. § 3013(a).

Counts Seven, Eight, and Nine (18 U.S.C. § 1001)

NMT 5 years imprisonment—    18 U.S.C. § 1001;
NMT $250,000 fine, or both—    18 U.S.C. § 3571;
NMT 3 years supervised release—    18 U.S.C. § 3583(b)(2); and
Mandatory $100 special assessment—    18 U.S.C. § 3013(a).