<u>**CRIMINAL CASE COVER SHEET**</u>          <u>**U.S. DISTRICT COURT**</u>

**Complete entire form**

**Place of Offense:**      **Related Case Information:**

City Parchman      Superseding: ☐ Yes ☑ No   If yes, Case No. _____

County Sunflower      Same Defendant _____ New Defendant _____

RECEIVED JUN 14 2016 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name LAWARDRICK MARSHER

Alias Name _____

Address Cleveland, Mississippi 38732

DOB 1988    SS# 0571    Sex M    Race B    Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Dana Mulhauser (Trial Attorney, CRD) Robert W. Coleman II    Bar # 6368

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes ☐ No    In Custody ☐ Yes ☑ No

Federal ☐   State ☐    Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts 4     ☐ Petty    ☐ Misdemeanor    ☑ Felony

| <u>Title & Section</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|
| Set 1   18:242.F | DEPRIVE CIVIL RIGHTS | 1 |
| Set 2   18:371.P | CONSPIRACY TO DEFRAUD THE UNIT | 3 |
| Set 3   18:1519.F | DESTRUCTION, ALTERNATION, OR F. | 4 |
| Set 4   18:1001.F | STATEMENTS OR ENTRIES GENERAL | 10 |

Date: 6/14/2016    Signature of AUSA _(signed)_

**District Court Case Number:**
(To be entered by Clerk)    4:16CR064