| CRIMINAL CASE COVER SHEET | | U.S. DISTRICT COURT |
|---|---|---|
| | | Complete entire form |

**Place of Offense:**

City Parchman

County Sunflower

RECEIVED
JUN 14 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding: ☐ Yes ☑ No  If yes, Case No. _____
Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name ROBERT STURDIVANT

Alias Name _____

Address Webb, Mississippi 38966

DOB 1969  SS# 1819  Sex M  Race B  Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Dana Mulhauser (Trial Attorney, CRD)
Robert W. Coleman II    Bar # 6368

Interpreter: ☐ Yes ☐ No   List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes ☐ No    In Custody ☐ Yes ☑ No

Federal ☐  State ☐   Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts 5    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:242.F | DEPRIVE CIVIL RIGHTS | 1, 2 |
| Set 2  18:371.P | CONSPIRACY TO DEFRAUD THE US | 3 |
| Set 3  18:1519.F | FALSIFICATION OF RECORDS IN FED | 5 |
| Set 4  18:1001.F | STATEMENTS OR ENTRIES GENERAL | 11 |

Date: 6/14/2016    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    4:16CR064