**CRIMINAL CASE COVER SHEET**        **U.S. DISTRICT COURT**
**Complete entire form**

**Place of Offense:**     **Related Case Information:**

City __Parchman__     Superseding: ☑Yes ☐No If yes, Case No. __4:16CR64__
          Same Defendant __X__ New Defendant _____

County __Sunflower__

*RECEIVED NOV 03 2016 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI*

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐Yes ☑No    If yes, Matter to be sealed: ☐Yes ☑No

Defendant Name __LAWARDRICK MARSHER__

Alias Name _____

Address __Cleveland, Mississippi 38732__

DOB __1988__ SS# __0571__ Sex __M__ Race __B__ Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA __Dana Mulhauser (Trial Attorney, CRD) Robert W. Coleman II__ Bar # __6368__

Interpreter: ☐Yes ☑No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐Yes ☐No    In Custody ☐Yes ☑No

Federal ☐ State ☐    Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts __5__    ☐Petty ☐Misdemeanor ☑Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18:242.F__ | DEPRIVE CIVIL RIGHTS | 1, 10 |
| Set 2 __18:371.P__ | CONSPIRACY TO DEFRAUD THE UNITED STATES | 3 |
| Set 3 __18:1519.F__ | DESTRUCTION, ALTERNATION, OR FALSIFICATION OF RECORDS IN FEDE | 4 |
| Set 4 __18:1001.F__ | STATEMENTS OR ENTRIES GENERALLY | 8 |

Date: __11/3/2016__    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk) _____