# CRIMINAL CASE COVER SHEET U.S. DISTRICT COURT

**Complete entire form**

**Place of Offense:**

City Parchman

County Sunflower

RECEIVED
NOV 03 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding: ☑ Yes ☐ No   If yes, Case No. 4:16CR64
Same Defendant  X   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes  ☑ No       If yes, Matter to be sealed: ☐ Yes  ☑ No

Defendant Name ROBERT STURDIVANT

Alias Name _____

Address Webb, Mississippi 38966

DOB 1969   SS# 1819   Sex M   Race B   Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Dana Mulhauser (Trial Attorney, CRD)
Robert W. Coleman II    Bar # 6368

Interpreter: ☐ Yes ☐ No   List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes ☐ No   In Custody ☐ Yes ☑ No
Federal ☐   State ☐   Date of Arrest _____
Location _____

**U.S.C. Citations**

Total # of Counts 6    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:242.F | DEPRIVE CIVIL RIGHTS | 1, 2, 10 |
| Set 2 18:371.P | CONSPIRACY TO DEFRAUD THE UNITED STATES | 3 |
| Set 3 18:1519.F | DESTRUCTION, ALTERNATION, OR FALSIFICATION OF RECORDS IN FEDE | 5 |
| Set 4 18:1001.F | STATEMENTS OR ENTRIES GENERALLY | 9 |

Date: 11/3/2016    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk) _____